BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> GWEN NOEL LUCKETT, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 1:11-CR-00150 LJO <br><br> STIPULATION AND ORDER TO <br> CONTINUE STATUS CONFERENCE |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and John F. Garland, Attorney for Defendant GWEN NOEL LUCKETT, that the Status Conference currently set for August 26, 2011, at 9:00 a.m., be continued to September 2, 2011, at 9:00 a.m.

   Cause exists to continue the case because the Court *sua sponte* continued the matter to August 26, 2011, a date which government counsel was unavailable to attend due to government counsel's prior business related trip.

1

1    The parties also agree that time be excluded from August 19,
2 2011 to September 2, 2011 pursuant to the Speedy Trial Act under 18
3 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) and that good cause exists
4 and that the ends of justice outweigh the interests of the public
5 and the defendant in a speedy trial.

Dated: August 23, 2011                BENJAMIN B. WAGNER
                                      United States Attorney

                                 By: /s/ Stanley A. Boone
                                      STANLEY A. BOONE
                                      Assistant U.S. Attorney


Dated: August 23, 2011                /s/ John F. Garland
                                      JOHN F. GARLAND
                                      Attorney for Defendant
                                      GWEN NOEL LUCKETT


   The status conference scheduled for August 26, 2011, is continued to September 2, 2011, at 9:00 a.m. and for the reasons set forth above, time is excluded from August 19, 2011 to, and including, September 2, 2011 for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

   IT IS SO ORDERED.

**Dated:   August 24, 2011**              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE