1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for the
    United States of America
7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )
                                    )  CASE NO. 1:11-CR-00150 LJO
12                  Plaintiff,      )
                                    )  STIPULATION AND ORDER TO
13       v.                         )  CONTINUE TRIAL DATE
                                    )
14                                  )
    GWEN NOEL LUCKETT,              )
15                                  )
                                    )
16                  Defendant.      )
    _____)
17

18       The parties herein, through their respective counsel, hereby

19  agree and stipulate that the trial date be continued from March 20,

20  2012, to May 15, 2012, and the trial confirmation date be set for

21  April 23, 2012, at 8:30 a.m.

22       The reason for this request is that the defendant is

23  investigating her defense and needs additional time to acquire

24  evidence which may be pertinent to that defense.

25       Therefore, the United States respectfully requests that the

26  trial date be continued and that time be excluded pursuant to 18

27  U.S.C. § 3161(h)(7)(A).

28
                                    1

1    The parties further stipulate and agree that the resulting

2 period of delay occurring between March 20, 2012, until May 15,

3 2012, shall be excluded from speedy trial calculations for the

4 motions in limine and in the interest of justice so that the

5 defendant can have additional time to prepare for her defense.

6

7 Dated: February 24, 2012          BENJAMIN B. WAGNER
                                    United States Attorney
8

9                            By: /s/ Stanley A. Boone
                                 STANLEY A. BOONE
10                               Assistant U.S. Attorney

11

12
  Dated: February 24, 2012          /s/ John F. Garland
13                                   JOHN F. GARLAND
                                     Attorney for Defendant
14                                   GWEN NOEL LUCKETT

15

16    The trial scheduled for March 20, 2012, is continued to May

17 15, 2012, at 8:30 a.m. and for the reasons set forth above, time is

18 excluded from March 20, 2012 to, and including, May 15, 2012 for

19 good cause and the Court finds the ends of justice outweigh the

20 public's and defendant's best interests in a speedy trial.  The

21 court also orders a trial confirmation hearing for April 23, 2012

22 at 8:30 a.m.

23 IT IS SO ORDERED.

24 **Dated:   February 27, 2012**          **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE
25

26

27

28                                2