```
JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone:  (559) 497-6132
Facsimile:   (559) 445-0156

Attorney for Defendant,
GWEN NOEL LUCKETT
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>        Plaintiff,                            )<br>                                                            )<br>        v.                                         )<br>                                                            )<br>                                                            )<br>GWEN NOEL LUCKETT,             )<br>                                                            )<br>        Defendant.                        )<br>_____) | Case No.  1: 11-CR-00150 LJO<br><br>**STIPULATION TO MODIFY PRE-TRIAL RELEASE CONDITIONS OF DEFENDANT GWEN  NOEL LUCKETT  AND  ORDER  THEREON** |

      IT IS HEREBY STIPULATED by and between the defendant, GWEN NOEL LUCKETT, through her counsel, John F. Garland, and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Stanley A. Boone, Assistant United States Attorney, that defendant GWEN NOEL LUCKETT'S pre-trial release conditions set by the United States District Court for the Central District of California on May 2, 2011 [USDC CDCA Case No. 2:11-mj-00928-DUTY (Doc. 10)] be modified  as follows:

ADDITIONAL CONDITIONS OF RELEASE

Current Condition:     Travel is restricted to: CD/CA & EDCA
Modified Condition:   **Travel is restricted to**: **Northern District of CA** & **Eastern District of CA**

Current Condition:     Reside as approved by PSA and do not relocate without prior permission from PSA.
Modified Condition:   **Reside at a residence in the Northern District of CA approved by the PSO**, **and not move from this residence without prior approval of**

1

**PSO**.
Pretrial Services Officer Jacob Scott agrees to the above modification of conditions.


Dated: March 12, 2012                            /s/ John F. Garland
                                                 JOHN F. GARLAND
                                                 Attorney for Defendant


Dated: March 12, 2012                            Benjamin B. Wagner
                                                 United States Attorney


                                                 /s/ Stanley A. Boone
                                                 By: STANLEY A. BOONE
                                                 Assistant U.S. Attorney


**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties, defendant GWEN NOEL LUCKETT'S pre-trial release conditions are modified as set forth above. All other conditions of the defendant's pre-trial release not inconsistent with these modifications, shall remain in full force and effect.


IT IS SO ORDERED.

**Dated:   March 13, 2012**                    **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE