BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for
 the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 1: 11-cr-00150 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION AND WAIVER OF TAX DISCLOSURE; PROTECTIVE ORDER RE: SAME |
| v. | ) ) ) | |
| GWEN NOEL LUCKETT, | ) ) | |
| Defendant. | ) ) | |

   WHEREAS, the supplemental discovery in this case contains a large amount of private personal information regarding the defendant and others, including but not limited to their names, dates of birth, Social Security numbers, telephone numbers, and residential addresses ("Protected Information") and also consists of tax information related to this defendant and maintained by the Internal Revenue Service; and

   WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the

Stipulation Between the United States and Defendant Regarding Production of Protected Information and Waiver of Tax Disclosure; [Proposed] Protective Order Re: Same

-1-

court proceedings in this matter or the unauthorized disclosure of tax information;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant GWEN NOEL LUCKETT, by and through her counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Stanley A. Boone, hereby agree and stipulate as follows:

1.   This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.   This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3.   By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the defendant to view unredacted documents in the presence of her attorneys, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

Stipulation Between the United States and Defendant Regarding Production of Protected Information and Waiver of Tax Disclosure; [Proposed] Protective Order Re: Same

-2-

4.  The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5.  Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.  Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7.  In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

8.  The defendant agrees that the government may disclose to the defendant and that both parties can use pretrial and/or at trial the documents/information from the defendant's tax records maintained by the IRS, subject to the rules of evidence, without any contention that such information is an unauthorized release/disclosure of the defendant's tax information/records. The defendant waives any and all right she may have that such use

//
//
//
//

Stipulation Between the United States and Defendant Regarding Production of Protected Information and Waiver of Tax Disclosure; [Proposed] Protective Order Re: Same

-3-

of her tax information in the course of this case is an unauthorized disclosure/release of her tax information.

IT IS SO STIPULATED.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: April 18, 2012            By: /s/ Stanley A. Boone
                                     STANLEY A. BOONE
                                     Assistant U.S. Attorney


DATED: April 18, 2012            By: /s/ John Garland
                                     JOHN GARLAND
                                     Attorney for Defendant
                                     GWEN NOEL LUCKETT
```

IT IS SO ORDERED.

**Dated:   April 18, 2012**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

---

Stipulation Between the United States and Defendant Regarding Production of Protected Information and Waiver of Tax Disclosure; [Proposed] Protective Order Re: Same

-4-