```
BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


Attorneys for the
 United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>     v.                           )<br>                                  )<br> GWEN NOEL LUCKETT,               )<br>                                  )<br>            Defendant.            )<br>_____) | 1:11-CR-00150 LJO<br><br>STIPULATION RE: APPEARANCE BY THE GOVERNMENT'S WITNESSES FOR TRIAL and ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff and Gwen Noel Luckett, through her counsel John Garland, that the subpoena served on her children, Matthew Lee Luckett and Valerie Noel Luckett, by federal agents of the Internal Revenue Service for the trial set for Tuesday, May 15, 2012, agree that they shall appear at the continued trial on the matter set for Wednesday, October 10, 2012, without the need for a further subpoena and/or appearance in court

1

for the sole purpose of the court ordering them to appear at the continued trial date.

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      Acting United States Attorney

DATED: 5/14/2012               By    /s/ Stanley A. Boone
                                             STANLEY A. BOONE
                                             Assistant U.S. Attorney

DATE: 5/14/2012               By    /s/ John Garland
                                             JOHN GARLAND
                                             Attorney for Gwen Noel Luckett

**ORDER**

Matthew Lee Luckett and Valerie Noel Luckett shall appear before this court on **Wednesday, October 10, 2012 at 8:30 a.m.**

IT IS SO ORDERED.

**Dated:   May 15, 2012**                      /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE