JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone:  (559) 497-6132
Facsimile:   (559) 579-1530

Attorney for Defendant
GWEN  NOEL  LUCKETT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:11-CR-00150 LJO |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |
| v. | ) | |
| GWEN NOEL LUCKETT, | ) | |
| Defendant. | ) | |

The Court, having considered Defendant Gwen Noel Luckett's Request To Seal Documents, the Declaration of John F. Garland in Support of Request to Seal Documents and Defendant's Psychological Assessment, the Court finds compelling reasons for the filing of the documents under seal, therefore Defendant's Request To Seal Documents is GRANTED.

The Defendant's Psychological Assessment shall be **FILED  UNDER  SEAL**.

IT IS SO ORDERED.

Dated:   December 3, 2012              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1